UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DE LOS SANTOS GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>DR. KONGARA, et al.,<br><br>Defendants. | No. 1:20-cv-000769-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 10.)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER<br><br>(Doc. No. 8.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Adrian De Los Santos Garcia is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2021, findings and recommendations were issued, recommending that this action be dismissed for plaintiff's failure to comply with the court's screening order.  (Doc. No. 10.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued October 29, 2021, (Doc. No. 10), are adopted in full;
2. This action is dismissed, for plaintiff's failure to obey a court order; and
3. The Clerk of Court is directed to assign a district judge to this matter for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated:   **December 8, 2021**

                                                                    _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE